# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| **EMILY LEWIS** | * | Case No. 3:24-CV-64 |
| **Plaintiff,** | * | District Judge Michael J. Newman |
| **vs** | * | Magistrate Judge Peter B. Silvain, Jr. |
| **WILBERFORCE UNIVERSITY** | * | **ORDER GRANTING JOINT MOTION TO VACATE PRELIMINARY** |
| **Defendant.** | * | **PRETRIAL CONFERENCE ORDER** |

This matter is before the Court on the Parties Joint Motion to Vacate Preliminary Pretrial Conference Order. The Court finds the Motion well taken and the same is hereby GRANTED, and the Preliminary Pretrial Conference Order, Trial Date, and Pretrial Deadlines are hereby VACATED.

The Court approves the Parties' joint request to establish certain pretrial deadlines, specifically:

| | |
|---|---|
| 1.   Motions to amend the pleadings or to add parties: | May 17, 2025 |
| 2.   Motions directed to the pleadings: | June 1, 2025 |
| 3.   Lay witness disclosures: | June 17, 2025 |
| 4.   Primary expert designations: | June 24, 2025 |
| 5.   Rebuttal expert designations: | July 7, 2025 |
| 6.   Discovery cut-off: | September 17, 2025 |
| 7.   Dispositive motions (i.e., summary judgment motions). | October 17, 2025 |

SO ORDERED.

_____
JUDGE MICHAEL J NEWMAN