## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **EMILY LEWIS** | * | Case No. 3:24-CV-64 |
| **Plaintiff,** | * | District Judge Michael J. Newman |
| vs | * | Magistrate Judge Peter B. Silvain, Jr. |
| **WILBERFORCE UNIVERSITY** | * | **ORDER GRANTING JOINT MOTION** |
| **Defendant.** | * | |

This matter is before the Court on the Parties' Joint Motion to Vacate Preliminary Pretrial Conference Order. (Doc. #11). The Court finds the Motion well taken and the same is hereby **GRANTED**, and the dates and deadlines in the Preliminary Pretrial Conference Order are hereby **VACATED**.

The Court approves the Parties' joint request to establish certain pretrial deadlines, specifically:

| | |
|---|---|
| 1. Motions to amend the pleadings or to add parties: | May 17, 2025 |
| 2. Motions directed to the pleadings: | June 1, 2025 |
| 3. Lay witness disclosures: | June 17, 2025 |
| 4. Primary expert designations: | June 24, 2025 |
| 5. Rebuttal expert designations: | July 7, 2025 |
| 6. Discovery cut-off: | September 17, 2025 |
| 7. Dispositive motions (i.e., summary judgment motions). | October 17, 2025 |

**SO ORDERED.**

March 18, 2025

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge