UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

EMILY LEWIS,

    Plaintiff,                                    Case No. 3:24-cv-64

vs.

WILBERFORCE UNIVERSITY,         District Judge Michael J. Newman
                                                             Magistrate Judge Peter B. Silvain, Jr.

    Defendant.

_____

### ORDER CONDITIONALLY DISMISSING THIS CASE
_____

The Court, having been advised that the parties have settled this matter, **ORDERS** that this action is hereby **DISMISSED**, provided that any of the parties may, upon good cause shown within **thirty (30) days**, reopen the action if settlement is not consummated.

**IT IS SO ORDERED.**

November 12, 2025                                                 s/*Michael J. Newman*
                                                                     Hon. Michael J. Newman
                                                                     United States District Judge